for Rhode Island Consumers' Council. *Edwards & Angell, Edward F. Hindle, Knight Edwards, Deming E. Sherman,* for The Narragansett Electric Company. *Goldman, Biafore & Hines, John H. Hines, Jr.,* for respondents.

M. P. No. 73-289. HIGH-WOOD INC. *v.* ZONING BOARD OF REVIEW OF WEST WARWICK. Certiorari petition denied. Joslin, J. not participating. *Louis A. Petrarca, Jr., Joseph J. McGair,* for petitioner. *John Brunero,* Town Solicitor, *Cameron P. Quinn,* for respondent.

M. P. No. 73-307. BEN JODE CO. *v.* JOHN H. NORBERG, *Tax Administrator.* Certiorari petition denied. Joslin, J. not participating. *Harold H. Winsten,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, *Perry Shatkin,* Principal Legal Officer, Taxation, for respondent.

M. P. No. 73-309. KATHLEEN MURPHY *v.* ALBERT FASCIO *et al., Board of Review, Department of Employment Security et al.* Certiorari petition granted. Joslin, J. not participating. *Abatuno & Chisholm, Thomas F. Fogarty, Michael T. F. Wallor,* for petitioner. *Louis Baruch Rubinstein,* for respondents; *Charles H. McLaughlin,* for Mary C. Hackett, Director, Department of Employment Security.

APPEAL NOS. 73-50, 61. JOHN J. NORTON *v.* NICOLA PAOLINO. JAMES O'MALLEY *v.* CHARLES F. JACKSON. Motion of appellants for a peremptory assignment denied. Joslin, J. not participating. *Nugent & Nugent, J. Joseph Nugent,* for appellants John J. Norton and James O'Malley. *John G. Carroll,* for appellee Nicola Paolino. *Roberts & Willey Incorporated, David W. Carroll,* for Travelers Insurance Company, appellees.

APPEAL No. 73-71. ERNEST JOSEPH GINGRAS *v.* ALVIN G. RICHMOND *et al.* Motion of plaintiff-appellant to assign for argument is granted and matter assigned to continuous argument list. Joslin, J. not participating. *Aram K. Berberian,* for plaintiff. *Louis A. Mascia,* City Solicitor, *Ronald H. Glantz,* Deputy City Solicitor, for defendants.